No. 77–5964. WAYLAND *v.* FURNARI. Appeal from C. A. 1st Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–899. MILLER ET AL. *v.* HEFFERNAN, TAX COMMISSIONER OF CONNECTICUT. Appeal from Sup. Ct. Conn. Motions of Connecticut Legal Fund and Salisbury Taxpayers Assn. for leave to file briefs as *amici curiae* granted. Appeal dismissed for want of substantial federal question.

No. 77–5747. HADDAD *v.* UNITED STATES. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of the views expressed by the Solicitor General in his memorandum filed January 31, 1978. MR. JUSTICE WHITE, MR. JUSTICE POWELL, and MR. JUSTICE REHNQUIST dissent.